**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THOMAS A. TRAVER and
REGINA LIST TRAVER,

    Plaintiffs,

v.                                              Case No. 3:14-cv-895-J-32MCR

WELLS FARGO BANK, N.A.,

    Defendant.

---

**AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Upon review of the file, it is hereby

**ORDERED**:

1. The following deadlines and settings shall apply:

| | |
|---|---|
| Motions Including Motions in Limine: | **October 20, 2016** |
| Filing of Pretrial Statement: | **October 20, 2016** |
| Final Pretrial Conference: | **October 26, 2016**<br>**10:00 a.m.**<br>**Courtroom 10D** |
| Trial Term Begins: | **November 7, 2016**<br>**9:00 a.m.**<br>**Courtroom 10D**<br>**(Non-Jury)** |

2. In all other respects, the parties shall continue to be governed by the terms of the Court's October 16, 2014 Case Management and Scheduling Order (Doc. 9).

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of August, 2016.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge

md.
Copies to:
Counsel of record